UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHAY BOUNNAVONG                                   JURY TRIAL DEMANDED

v.                                                CASE NO.  3:06CV

BEACON FINANCIAL GROUP, LLC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant engaged in collection efforts on a personal First Card account in plaintiff 's name.

7. Defendant's 2006 letter(s) included misrepresentations, such as that plaintiff owed the account even though it was discharged in a bankruptcy filed in 1999.

FIRST COUNT

8. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, -e, -f, or -g.

SECOND COUNT

9. Within three years prior to the date of this action defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq*.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                THE PLAINTIFF

                BY__/s/ Joanne S. Faulkner__
                JOANNE S. FAULKNER ct04137
                123 AVON STREET
                NEW HAVEN, CT 06511-2422
                (203) 772-0395
                j.faulkner@snet.net